

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff<br>vs.<br><br>MARTA LETISIA LOPEZ-PEREZ<br>         Defendant | CASE NO. 15CR2074-JM<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: August 10, 2016

HONORABLE DAVID H. BARTICK
United States Magistrate Judge